1
2
3
4
5
6
7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TERRANCE L. HALTIWANGER,              No. CIV S-05-2509-GEB-CMK-P

12            Petitioner,

13        vs.                              ORDER

14   PERRY RENIFF, Butte County
     Sheriff,

15
          Respondent.
16
                                    /
17

18            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

19   habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's amended

20   petition for a writ of habeas corpus (Doc. 8), filed on January 11, 2006.

21            The court has examined the petition as required by Rule 4 of the Federal Rules

22   Governing Section 2254 Cases.  It does not plainly appear from the petition and any attached

23   exhibits that petitioner is not entitled to relief.  See id.  Respondent, therefore, will be directed to

24   file a response to petitioner's petition.  See id.  If respondent answers the petition, such answer

25   must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an

26   answer shall be accompanied by any and all transcripts or other documents relevant to the

                                           1

1  determination of the issue(s) presented in the petition.  See id.

2              Accordingly, IT IS HEREBY ORDERED that:

3         1.    Respondent is directed to file a response to petitioner's amended petition

4  within 30 days from the date of service of this order;

5         2.    Petitioner's traverse or reply (if respondent files an answer to the petition),

6  if any, or opposition or statement of non-opposition (if respondent files a motion in response to

7  the petition) shall be filed and served within 30 days of service of respondent's response; and

8         3.    The Clerk of the Court shall serve a copy of this order, together with a

9  copy of petitioner's petition for a writ of habeas corpus on Jo Graves, Senior Assistant Attorney

10  General.

11

12  DATED:   April 3, 2006.

13

14                                                    _____
                                                    **CRAIG M. KELLISON**
15                                                    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

2